AO 440 (Rev. 12/09) Summons in a Civil Action

E-filing

# UNITED STATES DISTRICT COURT
for the
Northern District of California

Heather Kirschen Rippere )
_Plaintiff_ )
v. ) Civil Action No. **C10-03532**
Wells Fargo Bank, N.A. )
_Defendant_ )

FILED 2010 AUG 13 PM 1:40 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

MEJ

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Wells Fargo Bank, N.A.
420 Montgomery Street
San Francisco, CA 94104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Heather Rippere
941 Shorepoint Court, F333
Alameda, CA 94501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: AUG 11 2010

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. C10-03532 MEJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Wells Fargo Bank, N.A.
was received by me on *(date)* 08/12/2010 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____,
a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Rosita Mariano, Legal Dept. at 1:00 PM , who is
designated by law to accept service of process on behalf of *(name of organization)* Wells Fargo Bank, N.A.
Legal Dept., 45 Fremont St., San Francisco, CA 94105 on *(date)* 08/12/2010 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 70.60 for travel and $ _____ for services, for a total of $ 70.60 .

I declare under penalty of perjury that this information is true.

Date: 08/12/2010

*Server's signature*

Larry Tisdall, Reg. No. 1085, San Francisco Co.
*Printed name and title*

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
415-487-4140
*Server's address*

Additional information regarding attempted service, etc: