IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER KIRSCHEN RIPPERE,<br><br>　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　Defendant.<br>　／ | No. C 10-03532 WHA<br><br>**ORDER DENYING AS MOOT REQUEST FOR TEMPORARY RESTRAINING ORDER** |

　　　This action has just been reassigned to the undersigned. In reviewing the petition the Court discovered a request for a temporary restraining order, made weeks ago when the case was filed. According to the request, the foreclosure had already occurred. The request for a temporary restraining order is therefore **DENIED AS MOOT**.

　　　**IT IS SO ORDERED.**

Dated: September 3, 2010.

　　　　　　　　　　　　　　　　　　　／s／ William Alsup  
　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP  
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE