IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER KIRSCHEN RIPPERE, | No. C 10-03532 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING DEFENDANT'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

Good cause not shown, the Court **DENIES** defendant's motion to continue the case management conference for ninety days.

**IT IS SO ORDERED.**

Dated: October 27, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE