IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER KIRSCHEN RIPPERE,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant.<br>                                                             / | No. C 10-03532 WHA<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

    Plaintiff has filed a notice that she will be unavailable for the case management conference scheduled for November 18, 2010, because she will be out of town due to a dire family emergency. This order **CONTINUES** the case management conference until **DECEMBER 16, 2010, AT 8:00 A.M.**, when defendant's motion to dismiss will also be heard. In the future, anyone requesting a continuance must give the specifics of the dire family emergency or other good cause.

    **IT IS SO ORDERED.**

Dated: November 15, 2010.

                                                 WILLIAM ALSUP<br>
                                                 UNITED STATES DISTRICT JUDGE