1

2

3

4

5

6                                IN THE UNITED STATES DISTRICT COURT

7

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    HEATHER KIRSCHEN RIPPERE,                        No. C 10-03532 WHA

11               Plaintiff,

12    v.                                               **ORDER TO SHOW CAUSE**

13    WELLS FARGO BANK, N.A.,

14               Defendant.

15    ————————————————/

16        Plaintiff Heather Rippere is hereby notified that her lawsuit is in trouble because she

17    missed a deadline.  She failed to file an opposition to defendant's pending motion to dismiss.  The

18    opposition was due on November 29, 2010.  (Civil Local Rule 7-3 requires an opposition or

19    statement of nonopposition to be filed not less than 21 days before a hearing.  Due to the

20    Thanksgiving holiday, parties had until November 29 to file oppositions to motions being heard

21    on December 16, 2010, as is the case for defendant's motion to dismiss in this action.)  Plaintiff

22    Heather Rippere is ordered to show cause why her case should not be dismissed for lack of

23    prosecution because of this failure.

24        This action is already set for a hearing on defendant's motion to dismiss and for a case

25    management conference on December 16, at 8:00 a.m.  The hearing will go forward as a case

26    management conference and as a hearing on this order to show cause.  Plaintiff Rippere is granted

27    leave to file a statement before the hearing showing cause why her case should not be dismissed,

28    *in addition* to the requirement that she appear on December 16.  This does not constitute

permission to file a late opposition to the motion to dismiss.  The hearing is in courtroom 9 (Judge

**United States District Court**
For the Northern District of California

1   Alsup's courtroom), on the 19th floor of the federal courthouse, which is at 450 Golden Gate

2   Avenue in San Francisco.  If plaintiff Rippere does not appear, her case will be dismissed due to

3   lack of prosecution.

4

5          **IT IS SO ORDERED.**

6

7   Dated:  November 30, 2010.



8                                                WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2